UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Moonbeam Capital Investments,
LLC, et al.,

                      Plaintiff(s),

v.                                          Case No. 2:18−cv−12606−GAD−APP
                                              Hon. Gershwin A. Drain

Integrated Construction
Solutions, Inc.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 672. The following motion(s) are *rescheduled* for hearing:

    Motion to Strike − #53

- MOTION HEARING: December 18, 2019 at 01:00 PM

**ADDITIONAL INFORMATION:**    **TIME CHANGE ONLY** DEFENDANT'S REQUEST.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/M Williams
                                                     Case Manager

Dated: December 9, 2019