UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Moonbeam Capital Investments,
LLC, et al.,

                        Plaintiff(s),

v.                                     Case No. 2:18–cv–12606–GAD–APP
                                         Hon. Gershwin A. Drain

Integrated Construction
Solutions, Inc.,

                        Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**


                                            s/Gershwin A. Drain
                                            Gershwin A. Drain
                                            United States District Judge


### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                                            s/T McGovern
                                            Case Manager

Dated:   January 10, 2020